IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 09-568 |
| | : | |
| GREGORY GRISWOLD | : | |

### ORDER

**AND NOW**, this 20th day of July, 2010, upon consideration of Defendant's "Motion to Suppress Physical Evidence" *(Doc. No. 21)*, Defendant's "Motion to Suppress Statements" *(Doc. No. 28)*, the Government's Response *(Doc. No. 31)*, and all related documents, it is **hereby ORDERED** as follows:

1. Defendant's "Motion to Suppress Physical Evidence" is **DENIED.**

2. Defendant's "Motion to Suppress Statements" is **GRANTED in part** and **DENIED in part.** Defendant's September 25, 2008 statement to Probation Officer Thomas Miles that the gun found in his apartment belonged to his wife is **hereby SUPPRESSED.** Defendant's Motion is **DENIED** as to the subsequent statement he made to United States Marshals at the Federal Courthouse.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

**Paul S. Diamond, J.**